United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 13, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60478
Summary Calendar

LONNIE DONNELLY,

Plaintiff-Appellant,

versus

WES CLEMENS; AMBER DARBY;
LINDA EDWARDS; DIANE FOY,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:02-CV-501-S
--------------------

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Lonnie Donnelly, Mississippi prisoner # K1304, appeals the magistrate judge's dismissal of his 42 U.S.C. § 1983 complaint. The magistrate judge dismissed Donnelly's claims regarding a denial of access to the courts for failure to state a constitutional claim. Donnelly has not established that he was unable to present a cognizable claim or that he was barred from seeking review of a meritorious claim as a result of the defendants' refusal to give him his legal papers while he was in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

administrative segregation.  See Crowder v. Sinyard, 884 F.2d 804, 811 (5th cir. 1989), abrogated on other grounds by Horton v. California, 496 U.S. 128 (1990); Sherrod v. State, 784 So. 2d 256, 259 (Miss. Ct. App. 2001).  Consequently, the judgment of the magistrate judge is AFFIRMED.